# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 23, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711


Re: Albert Verlee
v. Texas
No. 15-6226
(Your No. WR-71,485-09; WR-71,485-10)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 16, 2015 and placed on the docket September 23, 2015 as No. 15-6226.


Sincerely,

**Scott S. Harris**, Clerk

by

Erik Fossum
Case Analyst


RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk